## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 17th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Thomas Joseph Francella, Jr.
REED SMITH LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801-1163

_____
Mary E. Augustine (No. 4477)